

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00277-CV

Eleazar Vasquez
v.
The State of Texas

On Appeal from the
404th District Court of Cameron County, Texas
Trial Cause No. 03-CR-1173-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and remanded in part. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED AND REMANDED IN PART. Costs of the appeal are adjudged twenty-five percent against appellant although he is exempt from payment due to his affidavit of inability to pay costs and seventy-five percent against appellee and it is ordered to pay its costs of the appeal from which it is not exempt by statute.

We further order this decision certified below for observance.

July 23, 2015